ALPHONSE MALKOWSKI, an Infant, by FRANK MALKOWSKI, His Guardian ad Litem, et al., Appellants, *v.* CATALDO DIASPARRA et al., Respondents.

Submitted September 29, 1947; decided October 2, 1947.

Motion by respondents for reargument denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 568.]